IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| K INVESTMENTS, INC. | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| B- GAS LIMITED A/K/A BEPALO LPG, | : | ADMIRALTY |
| LTD.; B-GAS A/S; BERGSHAV SHIPPING, | : | |
| LTD.; BERGSHAV SHIPHOLDING AS; | : | |
| BERGSHAV SHIPPING AS; B-GAS HOLDING | : | |
| LTD; ATLE BERGSHAVEN | : | |
| | : | |
| **Defendants** | : | |

## VERIFICATION OF COMPLAINT

Pursuant to 28 U.S.C. § 1746, Christian Krohn-Hansen, declares under the penalty of perjury:

1. I am an individual of sound mind, and have never been convicted of a crime of moral turpitude.

2. I am a resident of Athens, Greece and a lawful representative of the Plaintiff in the above action and duly authorized on its behalf to make this verification.

3. I have read the foregoing Verified Complaint and exhibits thereto in the above captioned action and know the contents thereof; and

I declare under the penalty of perjury that the foregoing is true and correct.

Signed in Athens, Greece this __24__ day of January 2021.

Christian Krohn-Hansen

1