United States District Court
Southern District of Texas

**ENTERED**

August 06, 2021

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| K INVESTMENT, INC., *et al.*, | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-00016 |
| | § | |
| B-GAS LIMITED A/K/A/ BEPALO LPG | § | |
| SHIPPING, LTD, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

On April 1, 2021, Defendants' Motion to Vacate Rule B Attachment as to All Consolidated Actions, and Request for Expedited Relief ("Motion to Vacate") was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. 24. Judge Edison filed a memorandum and recommendation on June 4, 2021, recommending that the Motion to Vacate (Dkt. 15) be granted. *See* Dkt. 40.

On June 18, 2021, Plaintiffs filed their objections to the memorandum and recommendation.[1] *See* Dkt. 41. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or

---

[1] Bergshav Shipping AS filed a response to Plaintiffs' objections. *See* Dkt. 42. Plaintiffs moved to strike that response. *See* Dkt. 43. The motion to strike (Dkt. 43) is denied.

recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1)     Judge Edison's memorandum and recommendation (Dkt. 40) is approved and adopted in its entirety as the holding of the court;

(2)     The Motion to Vacate (Dkt. 15) is granted;

(3)     The substitute security (Dkt. 11) is released; and

(4)     This consolidated suit is dismissed for lack of jurisdiction.

SIGNED on Galveston Island this 6th day of August, 2021.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2