# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| K INVESTMENT, INC., *et al.*, | § § § § § § § § § § | |
| Plaintiffs. | | |
| VS. | | CIVIL ACTION NO. 3:21-CV-00016 |
| B-GAS LIMITED A/K/A/ BEPALO LPG SHIPPING, LTD, *et al.*, | | |
| Defendants. | | |

## **FINAL JUDGMENT**

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is ordered that this matter is dismissed for lack of subject-matter jurisdiction.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED on Galveston Island this 6th day of August, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE